# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

SAVOY PLAZA SOUTH
APARTMENTS, LLC, ET AL.

VERSUS

HOUSTON SPECIALTY
INSURANCE COMPANY, ET AL.

CIVIL ACTION

17-03-SDD-EWD

### RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 24, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] shall be GRANTED and this matter is to be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana

Baton Rouge, Louisiana the 1 day of ~~April~~ May 2017.

_____
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1-4.
[2] Rec. Doc. 8.
[3] Rec. Doc. 5.